IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

| | | |
|---|---|---|
| MARK S. ROGERS, | ) | |
| | ) | |
| Plaintiff, | ) | TC-MD 120841D |
| | ) | |
| v. | ) | |
| | ) | |
| MULTNOMAH COUNTY ASSESSOR, | ) | |
| | ) | |
| Defendant. | ) | **DECISION OF DISMISSAL** |

This matter is before the court on Plaintiff's failure to comply with the court's Order, filed April 4, 2013. In its Order, the court ordered Plaintiff to file an amended complaint and submit a signed stipulation, request to withdraw or three mutually convenient trial dates for its appeal of property identified as Account R596253 no later than 21 days from the date of its Order. The court's Order stated that if Plaintiff failed to comply with its Order Plaintiff's appeal could be dismissed.

As of this date, Plaintiff has not filed a response nor communicated with the court. Given the circumstances, Plaintiff's appeal is dismissed for lack of prosecution. Now, therefore,

IT IS THE DECISION OF THIS COURT that this matter be dismissed.

Dated this ____ day of April 2013.

_____
JILL A. TANNER
PRESIDING MAGISTRATE

*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*
*Your Complaint must be submitted within 60 days after the date of the Decision or this Decision becomes final and cannot be changed.*
*This document was signed by Presiding Magistrate Jill A. Tanner on April 30, 2013. The Court filed and entered this document on April 30, 2013.*